James J. HENICK, et al.

v.

Charles MANCINI.

Supreme Judicial Court of Maine.

Argued Jan. 6, 1987.
Decided April 27, 1987.

Grover G. Alexander (orally), Gray, for plaintiffs.

Michael K. Crossen (orally), Jonathan S. Piper, Preti, Flaherty & Beliveau, Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

On appeal from the summary judgment for Charles Mancini entered by the Superior Court, Cumberland County, James J. and Maryann B. Henick contend that their claim for damages allegedly caused by Mancini's negligent operation of a snowplow in the scope of his employment with the State was filed within the six-year limitation set forth in 14 M.R.S.A. § 752 (1980) and that the court erred in holding the action barred by the two-year limitation set forth in 14 M.R.S.A. § 8110 (1980). By an evenly divided court we affirm the judgment of the Superior Court.

The entry is:

Judgment affirmed.

All concurring.